UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANGELO LATTEN, JR., | No. 2:23-cv-1879 DB P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| J. BENAVIDEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order dated November 2, 2023, the undersigned ordered plaintiff to submit an application to proceed in forma pauperis ("IFP") or pay the filing fee within thirty days.  (ECF No. 4.)  Those thirty days have passed, and plaintiff has not submitted an application to proceed IFP, paid the filing fee, requested additional time to comply with the November 2, 2023, order, or otherwise responded to the court's order.  The court notes that plaintiff submitted two filings indicating that his address has changed twice since the November 2, 2023, order issued.  (ECF Nos. 5, 6.)  Plaintiff is advised that failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of service of this order, plaintiff shall either pay the $405 filing fee in full or submit a properly

1

completed IFP application. If he fails to do so the undersigned will recommend that this action be dismissed for failure to comply with court orders and failure to prosecute. <u>See</u> E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated: March 6, 2024

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/latt1879.osc(IFP)