UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANGELO LATTEN, JR., | No. 2:23-cv-1879 DB P |
| Plaintiff, | |
| v. | ORDER |
| J. BENAVIDEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On screening plaintiff's complaint, this court found plaintiff stated some cognizable claims but failed to state others. (Apr. 11, 2024 Order (ECF No. 10).) Plaintiff was given the choice of proceeding on the claims found cognizable in his complaint or filing an amended complaint. Plaintiff has elected to amend his complaint. (ECF No. 13.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within 30 days of the date of this order, plaintiff shall file a first amended complaint. Plaintiff should carefully review this court's April 11 order when preparing his amended complaint. If plaintiff fails to file a timely first amended complaint, this court may recommend this action be dismissed.

////

////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the form for prisoner civil rights complaints used in this district.

Dated: May 28, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/latt1879.proceed FAC

2