IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ANGELO LATTEN, JR.,** | Case No. 2:23-cv-01879-DAD-SCR |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **J. BENAVIDEZ, et al.,** | |
| Defendants. | |

For good cause appearing, **IT IS ORDERED** that Defendants' unopposed Motion to Opt Out of the Post-Screening ADR Project (ECF No. 26) is GRANTED.  The Court further finds sufficient information presented allowing it to stay this matter pending Plaintiff's related criminal case (Solano County Superior Court Case No. F23-00402).  The court hereby stays this matter pending a final resolution in Solano County Superior Court Case No. F23-00402.  Defendants are ordered to provide updates to the court on the status of Solano County Superior Court Case No. F23-00402 every 90 days beginning March 3, 2025, and every 90 days thereafter.  Once the

////

////

////

////

criminal case is resolved, defendants are required to file a motion to lift the stay.

Dated: February 4, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE