UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANGELO LATTEN, JR., | No. 2:23-cv-1879-DAD-SCR |
| Plaintiff, | |
| v. | ORDER |
| J. BENAVIDEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without an attorney in this civil rights action filed pursuant to 42 U.S.C. § 1983. By order dated February 4, 2025, this case was stayed pending resolution of the related Solano County Superior Court Case No. F23-00402. ECF No. 30. Defendants were ordered to file a status report with the court every 90 days. ECF No. 30. The status report filed on May 27, 2025 indicates that plaintiff entered a no contest plea in the Solano County criminal court case on April 9, 2015. ECF No. 36. As a result, the court will lift the stay of this matter and order defendants to file a responsive pleading to plaintiff's second amended complaint within 30 days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this case is lifted.

////

////

1

   2. Defendants shall file a responsive pleading within thirty days from the date of this order.

DATED: June 17, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE