UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ANGELO LATTEN, JR.,

Plaintiff,

v.

Y SALINAS-GONZALEZ, et al.,

Defendants.

No.  2:23-cv-01879-DAD-SCR (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO DISMISS

(Doc. Nos. 38, 41, 42)

Plaintiff William Angelo Latten, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 24, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss (Doc. No. 38) be denied. (Doc. No. 41.)  Specifically, the magistrate judge concluded that plaintiff's second amended complaint was not *Heck*-barred in light of the Ninth Circuit's decision in King v. R. Villegas, 156 F.4th 979 (9th Cir. 2025).  (*Id.* at 4.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in

1

which to do so has now passed. However, on November 24, 2025, plaintiff did file a document with the court reporting difficulty with his legal mail and indicating that he wished to file a motion for summary judgment. (Doc. No. 42.)[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on November 24, 2025 (Doc. No. 41) are adopted in full;

2.    Defendant's motion to dismiss this action as *Heck* barred (Doc. No. 38) is denied;

3.    The Clerk of the Court is directed to terminate plaintiff's filing to the extent docketed as a motion (Doc. No. 42); and

4.    This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 13, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's filing in this regard is merely a notice reporting how he wishes to proceed and is not a motion. Accordingly, the court will direct the Clerk of the Court to terminate that filing to the extent it was docketed as a motion.